UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Brooklyn Horgen on behalf of
herself and all other similarly situated,

    Plaintiff,

vs.

American Accounts & Advisers, Inc.,

    Defendant.

Civil File No.  13-cv-02808-JNE/JSM

**RULE 7.1 CORPORATE DISCLOSURE**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant American Accounts and Advisers, Inc. states as follows:

American Accounts and Advisers, Inc. does not have a parent company.  It is a privately held corporation with no publicly held company owning ten percent or more of its stock.

**BASSFORD REMELE,** *A Professional Association*

Dated:  January 30, 2014

By      s/Susan E. Gustad
Michael A. Klutho (ID #186302)
Susan E. Gustad (ID #268008)
Attorneys for Defendant
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
Telephone:  612-333-3000
Facsimile:  612-746-1202
mklutho@bassford.com
sgustad@bassford.com